# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2015

149813-4 & (110)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

TOWNSHIP OF WEBBER,
          Plaintiff/Counter
          Defendant-Appellant,

v

BRUCE AUSTIN,
          Defendant/Counter
          Plaintiff-Appellee,

SC: 149813-4
COA: 313479; 315050
Lake CC: 11-007995-CH

and

BARBARA FORBES and DALE FORBES,
          Defendants,

and

MARC DANEMAN,
          Intervening Appellee.
_____/

On order of the Court, the motion for leave to file supplemental brief is GRANTED. The application for leave to appeal the April 22, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015



d0325

Clerk